# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv184

| | |
|---|---|
| KENNETH TIDWELL; and TIMOTHY TIDWELL, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>HILLCREST FOODS, INC., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on docket review. On September 22, 2010, issues joined when defendant filed its Answer. At that point, counsel for the respective parties were obligated to conduct an Initial Attorneys Conference ("IAC") within 14 days and thereafter file with the court a Certificate of Initial Attorneys Conference ("CIAC") within seven days. See L.Cv.R. 16.1. On September 23, 2010, the Clerk of this Court provided respective counsel with specific Notice of such obligation via ECF. Although more than five months have passed since such deadlines passed, the parties have not filed with the court the required CIAC, effectively preventing this case from moving forward.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel conduct the required IAC and file with the court the required CIAC not later than March 31, 2011. A $50 per side, per day penalty will be assessed starting April 1, 2011, if such filing is not made by

such date. If the parties have resolved this case, a Rule 41 stipulation of voluntary dismissal filed by such date will also suffice.

Signed: March 22, 2011

Max O. Cogburn Jr.
United States District Judge