IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-184-MOC-DSC

KENNETH TIDWELL, Individually )
and TIMOTHY TIDWELL, Individually, )
)
      Plaintiffs, )
)
v. )
)
HILLCREST FOODS, INC., a Georgia )
Corporation, d/b/a WAFFLE HOUSE, )
)
      Defendant. )
_____ )

## ORDER

**THIS MATTER** is before the Court upon the parties' joint Motion to stay this matter for a period of twenty (20) days. For the reasons stated in the parties' Motion and for good cause shown, the Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the matter is stayed for a period of twenty (20) days from the date of this Order.

**SO ORDERED.**

Signed: September 13, 2011

David S. Cayer
United States Magistrate Judge